# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

RENE CANTARERO, DANILO FLORES, MICHAEL A. DONZA, DAVID CANTARERO, and VALENTINO NAVARRETE, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

SETTING SUN TRANSPORTATION LLC, METRO PAVING, LLC, RUTTURA & SONS CONSTRUCTION CO., INC., GALVIN BROS., INC., PHILIP ROSS INDUSTRIES, INC., THE LANDTEK GROUP, INC., AURORA CONTRACTORS, INC., and DENNIS KELLERMAN,

*Defendant(s)*

Civil Action No. 2:26-cv-07094-ST

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Aurora Contractors, Inc.
100 Raynor Avenue,
Ronkonkoma, New York 11779

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Weinick, Esq.
Famighetti & Weinick, PLLC
25 Melville Park Road, Suite 235
Melville, New York 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 11/4/2026

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

RENE CANTARERO, DANILO FLORES, MICHAEL A. DONZA, DAVID CANTARERO, and VALENTINO NAVARRETE, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

SETTING SUN TRANSPORTATION LLC, METRO PAVING, LLC, RUTTURA & SONS CONSTRUCTION CO., INC., GALVIN BROS., INC., PHILIP ROSS INDUSTRIES, INC., THE LANDTEK GROUP, INC., AURORA CONTRACTORS, INC., and DENNIS KELLERMAN,

*Defendant(s)*

Civil Action No. 2:26-cv-07094-ST

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

The Landtek Group, Inc.
105 SWEENEYDALE AVE.,
BAY SHORE, NY, 11706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Weinick, Esq.
Famighetti & Weinick, PLLC
25 Melville Park Road, Suite 235
Melville, New York 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 11/4/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-07094-ST

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

RENE CANTARERO, DANILO FLORES, MICHAEL A. DONZA, DAVID CANTARERO, and VALENTINO NAVARRETE, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

SETTING SUN TRANSPORTATION LLC, METRO PAVING, LLC, RUTTURA & SONS CONSTRUCTION CO., INC., GALVIN BROS., INC., PHILIP ROSS INDUSTRIES, INC., THE LANDTEK GROUP, INC., AURORA CONTRACTORS, INC., and DENNIS KELLERMAN,

*Defendant(s)*

Civil Action No. 2:26-cv-07094-ST

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Philip Ross Industries, Inc.
88 Duryea Road,
Melville, New York 11747

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Weinick, Esq.
Famighetti & Weinick, PLLC
25 Melville Park Road, Suite 235
Melville, New York 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 11/4/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-07094-ST

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ____________________ .

❒ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ____________________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________________
______________________________ on *(date)* ____________________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

RENE CANTARERO, DANILO FLORES, MICHAEL A. DONZA, DAVID CANTARERO, and VALENTINO NAVARRETE, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

SETTING SUN TRANSPORTATION LLC, METRO PAVING, LLC, RUTTURA & SONS CONSTRUCTION CO., INC., GALVIN BROS., INC., PHILIP ROSS INDUSTRIES, INC., THE LANDTEK GROUP, INC., AURORA CONTRACTORS, INC., and DENNIS KELLERMAN,

*Defendant(s)*

Civil Action No. 2:26-cv-07094-ST

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Galvin Bros., Inc.
149 Steamboat Road,
Great Neck, New York 11024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Weinick, Esq.
Famighetti & Weinick, PLLC
25 Melville Park Road, Suite 235
Melville, New York 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 11/4/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-07094-ST

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

RENE CANTARERO, DANILO FLORES, MICHAEL A. DONZA, DAVID CANTARERO, and VALENTINO NAVARRETE, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

SETTING SUN TRANSPORTATION LLC, METRO PAVING, LLC, RUTTURA & SONS CONSTRUCTION CO., INC., GALVIN BROS., INC., PHILIP ROSS INDUSTRIES, INC., THE LANDTEK GROUP, INC., AURORA CONTRACTORS, INC., and DENNIS KELLERMAN,

*Defendant(s)*

Civil Action No. 2:26-cv-07094-ST

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ruttura & Sons Construction Co., Inc.
200 Cabot Street,
West Babylon, New York 11704

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Weinick, Esq.
Famighetti & Weinick, PLLC
25 Melville Park Road, Suite 235
Melville, New York 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 11/4/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-07094-ST

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ________________ .

❒ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ________________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ________________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ________________
______________________________ on *(date)* ________________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

RENE CANTARERO, DANILO FLORES, MICHAEL A. DONZA, DAVID CANTARERO, and VALENTINO NAVARRETE, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

SETTING SUN TRANSPORTATION LLC, METRO PAVING, LLC, RUTTURA & SONS CONSTRUCTION CO., INC., GALVIN BROS., INC., PHILIP ROSS INDUSTRIES, INC., THE LANDTEK GROUP, INC., AURORA CONTRACTORS, INC., and DENNIS KELLERMAN,

*Defendant(s)*

Civil Action No. 2:26-cv-07094-ST

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Metro Paving, LLC
500 Patton Avenue West
Babylon, New York 11704.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Weinick, Esq.
Famighetti & Weinick, PLLC
25 Melville Park Road, Suite 235
Melville, New York 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 11/4/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-07094-ST

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

RENE CANTARERO, DANILO FLORES, MICHAEL A. DONZA, DAVID CANTARERO, and VALENTINO NAVARRETE, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

SETTING SUN TRANSPORTATION LLC, METRO PAVING, LLC, RUTTURA & SONS CONSTRUCTION CO., INC., GALVIN BROS., INC., PHILIP ROSS INDUSTRIES, INC., THE LANDTEK GROUP, INC., AURORA CONTRACTORS, INC., and DENNIS KELLERMAN,

*Defendant(s)*

Civil Action No. 2:26-cv-07094-ST

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Setting Sun Transportation LLC
200 Cabot Street,
West Babylon, New York 11704

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Weinick, Esq.
Famighetti & Weinick, PLLC
25 Melville Park Road, Suite 235
Melville, New York 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 11/4/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-07094-ST

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* __________
____________________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

RENE CANTARERO, DANILO FLORES, MICHAEL A. DONZA, DAVID CANTARERO, and VALENTINO NAVARRETE, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

SETTING SUN TRANSPORTATION LLC, METRO PAVING, LLC, RUTTURA & SONS CONSTRUCTION CO., INC., GALVIN BROS., INC., PHILIP ROSS INDUSTRIES, INC., THE LANDTEK GROUP, INC., AURORA CONTRACTORS, INC., and DENNIS KELLERMAN,

*Defendant(s)*

Civil Action No. 2:26-cv-07094-ST

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dennis Kellerman
500 Patton Avenue,
West Babylon, New York 11704.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Weinick, Esq.
Famighetti & Weinick, PLLC
25 Melville Park Road, Suite 235
Melville, New York 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 11/4/2026

*Signature of Clerk or Deputy Clerk*