UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x
RENE CANTARERO, DANILO FLORES, MICHAEL A. DONZA, DAVID CANTARERO, and VALENTINO NAVARRETE, individually and on behalf of all others similarly situated,

Case No. 26-cv-7094

Plaintiffs,

v.

SETTING SUN TRANSPORTATION LLC, METRO PAVING, LLC, RUTTURA & SONS CONSTRUCTION CO., INC., GALVIN BROS., INC., PHILIP ROSS INDUSTRIES, INC., THE LANDTEK GROUP, INC., AURORA CONTRACTORS, INC., and DENNIS KELLERMAN,

Defendants.
-------------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

The Ziskin Law Firm, LLP, hereby enters its appearance for Defendant Setting Sun Transportation LLC in the above-entitled matter.

Dated: November 9, 2026

The Ziskin Law Firm, LLP

By: *Richard B. Ziskin*

Richard B. Ziskin, Esq.
Attorneys for Defendant
Setting Sun Transportation LLC
Office and P.O. Address:
6268 Jericho Tpke., Suite 12A
Commack, NY 11725
(631) 462-1417