**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------------x

| | |
|---|---|
| RENE CANTARERO, DANILO FLORES, MICHAEL A. DONZA, DAVID CANTARERO, and VALENTINO NAVARRETE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SETTING SUN TRANSPORTATION LLC, METRO PAVING, LLC, RUTTURA & SONS CONSTRUCTION CO., INC., GALVIN BROS., INC., PHILIP ROSS INDUSTRIES, INC., THE LANDTEK GROUP, INC., AURORA CONTRACTORS, INC., and DENNIS KELLERMAN,<br><br>Defendants. | Case No. 2:26-cv-07094-ST<br><br>NOTICE OF APPEARANCE |

--------------------------------------------------------------------------------x

PLEASE TAKE NOTICE that Christopher Marlborough of Marlborough Law Firm, P.C., hereby appears as counsel of record for Plaintiffs Rene Cantarero, Danilo Flores, Michael A. Donza, David Cantarero, and Valentino Navarrete in the above-captioned action. Please direct all notices, orders, and papers in this action to the undersigned at the address below.

Dated: Lynbrook, New York
November 12, 2026

Respectfully submitted,

MARLBOROUGH LAW FIRM, P.C.

By: _

Christopher Marlborough
375 Sunrise Highway, Suite 3
Lynbrook, New York 11563
(212) 991-8960
chris@marlboroughlawfirm.com
Attorneys for Plaintiffs