**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

*Cantarero, et al. v. Setting Sun Transportation LLC, et al.*

**CONSENT TO BECOME A PARTY PLAINTIFF**
**Fair Labor Standards Act, 29 U.S.C. § 216(b), and New York State Law Claims**

1. I consent to be a party plaintiff in a lawsuit against Setting Sun Transportation LLC, Metro Paving, LLC, Ruttura and Sons Construction Co., Inc., Galvin Bros., Inc., Philip Ross Industries, Inc., The LandTek Group, Inc., Aurora Contractors, Inc., Dennis Kellerman, and any related entities or individuals ("Defendants"), to recover unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA"). I also intend to participate in the New York State law claims asserted in this lawsuit.

2. I worked for Defendants Setting Sun Transportation LLC, Metro Paving, LLC, and Dennis Kellerman within the last three years.

3. I was not paid for all of the overtime premium due to me under the FLSA within the last three years.

4. I authorize The Marlborough Law Firm, P.C. and Famighetti & Weinick, PLLC to represent me in this lawsuit, and to make decisions on my behalf about the lawsuit, including how it is conducted and any settlement. I agree to be bound by any judgment or settlement in this lawsuit.

5. If this lawsuit does not proceed as a collective action and/or class action, I consent to be a party plaintiff in any later action against Defendants to recover these wages.

Signature: Rene Cantarero (Nov 3, 2026 13:48:11 EST)

Printed Name: Rene cantarero

Date: Nov 3, 2026